# EXHIBIT 1



## Freedom of Information Act Request

### Name

Ms. stefania maurizi

### Email

info@stefaniamaurizi.it

### Address

via Velino 5
Fabro, Terni
Italy
05015

### Telephone

N/A

### Fax

N/A

### Date Range

07/01/2010 to 07/01/2012

### Description

a copy of the emails, cables, reports, memos from the 1st of July 2010 to the 1st of July 2012 concerning Mr Julian Assange, the founder of WikiLeaks

### Expedited Handling

I have a compelling need for expeditious handling:
- A harm to substantial humanitarian concerns exists.
- Like him or not, Julian Assange, the founder of WikiLeaks, is the only Western editor under arbitrary detention in the heart of London. As the UN Working Group on Arbitrary Detention established in 2016, Mr Assange has been under arbitrary detention since December 2010: almost 8 years. To this day, the is no end in sight to this arbitrary detention, which is seriously detrimental to his health (https://www.theguardian.com/media/2018/jan/24/julian-assanges-health-in-dangerous-condition-say-doctors) , in addition to being seriously detrimental to the freedom of the press, sending a nefarious message to regimes which imprison, abuse, torture, kill journalists. There is a strong public interest in acquiring any factual information held by the US State Department which could contribute to the end of this arbitrary detention.

### Maximum Fee

I am willing to pay $500 for my request.

### Requester Category

A representative of the news media seeking information as part of a news gathering effort and not for commercial use.
Additional documentation or comments will be required.

I represent la Repubblica (a major Italian newspaper)

### Fee Waiver

I request a waiver of all fees for this request.
Reason: I request these documents for doing serious, thorough investigative journalism, not for any commercial or personal use, I think there is a very significant public interest in this case.

### Additional Comments

I would like to thank the State Department for any collaboration on this FOIA request.

## Freedom of Information Act Request

Your request has successfully been submitted. If you have provided an email address, you will receive an email confirming receipt of your request. Return Home

**Oggetto:** FOIA Request Letter
**Mittente:** "State Department FOIA" <noreply@mail.foia.state.gov>
**Data:** 07/02/2018 22:44
**A:** info@stefaniamaurizi.it

Thank you for filing your FOIA request online on 2/7/2018. Here is a review of your request.

The records I request can be described as follows:

a copy of the emails, cables, reports, memos from the 1st of July 2010 to the 1st of July 2012 concerning Mr Julian Assange, the founder of WikiLeaks

The time period of my request is from 07/01/2010 to 07/01/2012

I am a representative of the news media seeking information as part of a news gathering effort and not for commercial use.
Additional documentation or comments will be required.

I represent la Repubblica (a major Italian newspaper)

I am willing to pay $500 for my request.

I request a waiver of all fees for this request.
Reason: I request these documents for doing serious, thorough investigative journalism, not for any commercial or personal use, I think there is a very significant public interest in this case.

I have a compelling need for expeditious handling:
- A harm to substantial humanitarian concerns exists.
- Like him or not, Julian Assange, the founder of WikiLeaks, is the only Western editor under arbitrary detention in the heart of London. As the UN Working Group on Arbitrary Detention established in 2016, Mr Assange has been under arbitrary detention since December 2010: almost 8 years. To this day, the is no end in sight to this arbitrary detention, which is seriously detrimental to his health (https://www.theguardian.com/media/2018/jan/24/julian-assanges-health-in-dangerous-condition-say-doctors) , in addition to being seriously detrimental to the freedom of the press, sending a nefarious message to regimes which imprison, abuse, torture, kill journalists. There is a strong public interest in acquiring any factual information held by the US State Department which could contribute to the end of this arbitrary detention.

My additional comments are as follows:

I would like to thank the State Department for any collaboration on this FOIA request.

Contact Information
Ms. stefania maurizi
via Velino 5
Fabro, Terni

Italy
05015
P: N/A
F: N/A
info@stefaniamaurizi.it