# EXHIBIT 3



**United States Department of State**

*Washington, D.C. 20520*

MAR 1 5 2018
Case Number: F-2018-00964

Stefania Maurizi
La Repubblica
Via Velino
Fabro, Terni
Italy 05015

Dear Ms. Maurizi:

This is in response to your Freedom of Information Act (FOIA) request, dated February 7, 2018, concerning correspondence regarding Julian Assange, the founder of WikiLeaks. Specifically, this letter addresses your appeal of our denial of expeditious processing dated March 9, 2018, which was received on March 9, 2018.

We have considered your appeal of the denial of expeditious processing. Our published regulations regarding expedition, 22 C.F.R. 171.11(f), require a specific showing of a compelling need. **Expeditious processing is granted only in the following situations:**

(1) Imminent threat to the life or physical safety of an individual;
(2) Urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal Government activity and the information is urgently needed in that a particular value of the information would be lost if not disseminated quickly;
(3) Substantial humanitarian reasons; or
(4) Loss of substantial due process rights.

Your request and appeal do not meet the established criteria.

Regrettably, I must advise that you have not provided adequate justification for expedition and I must uphold the decision to deny expeditious

---

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

processing. Please be assured that the Department takes its FOIA responsibilities very seriously and we are processing this request in as timely a manner as possible. All appropriate offices have been advised of your interest in this matter.

For further communications, please note our contact information at the bottom of this page. You may also refer to our website for general information and guidelines. We can provide faster service if you include your request Case Number F-2018-00964 in your communications with us.

Sincerely,

Eric F. Stein, a~

Eric F. Stein, Director
Office of Information Programs
and Services

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone:  1-202-261-8484*
*FAX:  1-202-261-8579*
*E-mail:  FOIAStatus@state.gov*