# **EXHIBIT 4**

## Tupja, Kristel (Phila)

| | |
|---|---|
| **From:** | Stefania Maurizi <info@stefaniamaurizi.it> |
| **Sent:** | Tuesday, July 16, 2019 10:08 AM |
| **To:** | FOIA Status |
| **Subject:** | Re: Italian journalist: my FOIA request (Case Control Number F-2018-00964) |
| **Importance:** | High |

Thank you for your reply. Unfortunately, I have been waiting almost a year and a half...

Stefania Maurizi


Il 15/07/2019 21:38, FOIA Status ha scritto:

> Dear Ms. Maurizi,
>
> This is in reference to your email below concerning your Freedom of Information Act (FOIA) case control number F-2018-00964. Your request is in process. You will be notified of the results of the Department's search and review efforts in response to this request as soon as that information becomes available. We truly appreciate your continued patience.
>
> If you have any questions, please contact the FOIA Requester Service Center (FRSC) at (202) 261-8484, or fax us at (202) 261-8579 or send an e-mail to foiastatus@state.gov.
>
> Sincerely,
>
> U.S. Department of State
> FOIA Requester Service Center
>
>
> -----Original Message-----
> From: Stefania Maurizi
> Sent: Monday, July 15, 2019 1:02 PM
> To: FOIA Status
> Subject: Italian journalist: my FOIA request (Case Control Number F-2018-00964)
> Importance: High
>
> Dear Sir or Madam,
>
> My name is Stefania Maurizi and I am an Italian investigative journalist working for the major Italian daily la Repubblica, who filed a FOIA request on Julian Assange (Case Control Number F-2018-00964).
>
> I am emailing because, unfortunately, one year and 4 months after I filed my FOIA request, I still haven't heard from you at all, and this is seriously undermining my journalistic work.
>
>
> Could you please let me know when I am expected to get any feedback on my FOIA?
>
> Thank you for your reply.
>
> Kind regards,
>
> Stefania Maurizi (mobile: 0039 345 79 37 701)

1

**Official - Transitory**

**UNCLASSIFIED**