IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **STEFANIA MAURIZI**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-cv-966 |
| **UNITED STATES DEPARTMENT OF STATE**, | ) |
| Defendant. | ) |

## NOTICE OF ERRATA

Attached please find:

1. Corrected signature page for the Complaint filed April 13, 2020.

2. Corrected Civil Cover Sheet.

Kindly update the record to reflect these corrections.

Dated: April 14, 2020             Respectfully submitted,

                                  BALLARD SPAHR LLP

                                    s/ Alia L. Smith
                                  Alia L. Smith (#992629)
                                  1909 K Street, NW, 12th Floor
                                  Washington, DC 20006
                                  Tel: (202) 661-2200; Fax: (202) 661-2299
                                  smithalia@ballardspahr.com

                                  Kristel Tupja (#888324914)
                                  BALLARD SPAHR LLP
                                  1735 Market Street, 51st Floor
                                  Philadelphia, PA 19103
                                  Tel: (215) 864-8318; Fax: (215) 864-8999
                                  tupjak@ballardspahr.com

                                  *Counsel for Plaintiff Stefania Maurizi*