## REQUEST FOR RELIEF

WHEREFORE, Maurizi respectfully requests that this Court:

A.  Declare that the records sought by the Request, as more particularly described above, are public records pursuant to FOIA and must be disclosed;

B.  Order State to provide the requested records to Maurizi, including electronic copies of records stored in electronic format, within 10 business days of the Court's order;

C.  Award Maurizi the costs of this proceeding, including reasonable attorneys' fees, pursuant to 5 U.S.C. § 552(a)(4)(E); and

D.  Grant Maurizi such other and further relief as this Court deems just and proper.

Dated: April 13, 2020

Respectfully submitted,

BALLARD SPAHR LLP

s/ Alia L. Smith

Alia L. Smith (#992629)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200; Fax: (202) 661-2299
smithalia@ballardspahr.com

Kristel Tupja (#888324914)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8318; Fax: (215) 864-8999
tupjak@ballardspahr.com

*Counsel for Plaintiff Stefania Maurizi*