UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Stefania Maurizi

**Plaintiff**

vs.   Civil Action No.: 1:20-cv-00966 EGS

**United States Department of State**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Darin Freeman, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons with Attachments, Complaint with Exhibits 1-4, and Notice of Right to Consent to Trial Before a United States Magistrate Judge with Notice, Consent, and Reference of a Civil Action to a Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 4/15/2020 at 3:27 PM, I served United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 with the Summons with Attachments, Complaint with Exhibits 1-4, and Notice of Right to Consent to Trial Before a United States Magistrate Judge with Notice, Consent, and Reference of a Civil Action to a Magistrate Judge by serving Reginald Brown, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia, authorized to accept service.

Reginald Brown is described herein as:

Gender: Male   Race/Skin: Black   Age: 61   Weight: 180   Height: 6'2"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

4/17/2020
Executed On

Darin Freeman, Jr.

Client Ref Number: 00335493
Job #: 1577078

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| STEFANIA MAURIZI, | ) | |
| | ) | |
| | ) | Hon. Emmet G. Sullivan |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 20-966-EGS |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES DEPARTMENT OF STATE
2201 C Street, NW
Washington, DC 20520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alia L. Smith
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
smithalia@ballardspahr.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/15/2020

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

