**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Stefania Maurizi

**Plaintiff**

vs.     Civil Action No.: 1:20-cv-00966 EGS

United States Department of State

**Defendant**

## AFFIDAVIT OF SERVICE VIA CERTIFIED MAIL

I, Angela H. Croson, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons with attachments, Complaint with exhibits 1-4, and Notice of Errata with attachments

SERVE TO:  United States Attorney General

SERVICE ADDRESS:  950 Pennsylvania Avenue NW, Washington, DC 20520

METHOD OF SERVICE:  By mailing the documents listed herein to United States Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20520 on 04/15/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 0464. Service was signed for, return receipt attached. Service was signed for on 04/20/2020 by United States Attorney General, return receipt attached.

I declare under penalty of perjury that this information is true.

04/22/2020
Executed On

Angela H. Croson

Client Ref Number: 00335493
Job #: 1577079

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. United States Attorney General
   950 Pennsylvania Avenue, NW
   Washington, DC  20530-0001

9590 9402 4943 9063 5362 37

2. Article Number *(Transfer from service label)*
   7019 1120 0001 3834 0464

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
   APR 20 2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt