UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STEFANIA MAURIZI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 20-0966 (EGS) |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) ) | |

## ANSWER

Defendant United States Department of State, by and through its undersigned counsel, hereby answers the Complaint of Plaintiff Stefania Maurizi as follows:

## INTRODUCTION[1]

1.      Paragraph 1 contains a characterization of this Freedom of Information Act ("FOIA") action to which no response is required.

2.      Paragraph 2 contains a characterization of this FOIA action, to which no response is required.

3.      Defendant admits it received from Plaintiff a FOIA request dated February 7, 2018. Defendant admits that, as of April 15, 2020, it had not produced any records to Plaintiff or issued a final response to Plaintiff's FOIA request with any determination as to whether it would release the requested records.  The remainder of Paragraph 3 contains conclusions of law to which no response is required.

---

[1]      For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent these headings could be construed to contain certain factual allegations, those allegations are denied.

## PARTIES

4.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 4.

5.      Defendant admits the first and third sentences of Paragraph 5.  The remainder of Paragraph 5 contains conclusions of law to which no response is required.

## JURISDICTION AND VENUE

6.      Defendant admits that this case purports to be brought under 5 U.S.C. § 552(a)(4)(B).  The remaining allegations in Paragraph 6 contain conclusions of law to which no response is required.

7.      Defendant admits that venue is proper in this judicial district.

## FACTUAL ALLEGATIONS

8.      Paragraph 8 contains conclusions of law to which no response is required.

9.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in the first sentence of Paragraph 9.  The remainder of Paragraph 9 contains conclusions of law to which no response is required.

10.      No response is required because the Complaint does not contain a Paragraph 10.

11.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 11.

12.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations set forth in Paragraph 12.

## REQUEST

13.      Defendant admits it received from Plaintiff a FOIA request dated February 7, 2018.  The remainder of Paragraph 13 characterizes Plaintiff's FOIA request, the content of

which speaks for itself.  Defendant respectfully refers the Court to Plaintiff's FOIA request for a full and accurate statement of its content.

14.     The first sentence of Paragraph 14 contains conclusions of law to which no response is required.  Defendant admits that, by letter dated February 14, 2018, it acknowledged receipt of Plaintiff's request.  The remainder of Paragraph 14 characterizes Defendant's letter, the content of which speaks for itself.  Defendant respectfully refers the Court to Defendant's letter for a full and accurate statement of its content.

15.     Defendant admits sending to Plaintiff a letter dated March 15, 2018.  The remainder of Paragraph 15 characterizes Defendant's letter, the content of which speaks for itself.  Defendant respectfully refers the Court to Defendant's letter for a full and accurate statement of its content.

16.     With respect to the first sentence of Paragraph 16, Defendant admits receiving from Plaintiff an email dated July 15, 2019.  The remainder of this sentence characterizes Plaintiff's email, the content of which speaks for itself.  Defendant respectfully refers the Court to Plaintiff's email for a full and accurate statement of its content.  With respect to the second sentence of Paragraph 16, Defendant admits sending to Plaintiff an email dated July 15, 2019.  The remainder of Paragraph 16 characterizes Defendant's email, the content of which speaks for itself.  Defendant respectfully refers the Court to Defendant's email for a full and accurate statement of its content.

17.     Defendant admits that, as of April 15, 2020, it had not produced to Plaintiff any records or issued a final response to Plaintiff's FOIA request with any determination as to whether it would release the requested records.  The remainder of Paragraph 17 contains conclusions of law to which no response is required.

18.     Paragraph 18 contains conclusions of law to which no response is required.

## CLAIM FOR RELIEF

### COUNT I
**(Declaratory and Injunctive Relief:**
**Violation of the Freedom of Information Act, 5 U.S.C. § 552)**

19.     Defendant incorporates by reference its response to Paragraphs 1-18 of this Answer.

20.     Paragraph 20 contains conclusions of law to which no response is required.

21.     Paragraph 21 contains conclusions of law to which no response is required.

22.     Paragraph 22 contains conclusions of law to which no response is required.

## REQUEST FOR RELIEF

The remaining portions of the Complaint contain Plaintiff's request for relief, to which no response is required.  To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## AFFIRMATIVE AND OTHER DEFENSES

Any allegations not specifically admitted, denied, or otherwise responded to are hereby denied.  In further response to the Complaint, Defendant raises the following defenses:

### First Defense

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA.

### Second Defense

FOIA does not provide for declaratory relief against a federal agency.

### Third Defense

Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions of the FOIA.  *See* 5 U.S.C. § 552(b).

### Fourth Defense

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff has failed to state a claim upon which relief can be granted.

WHEREFORE, having fully answered, Defendant respectfully requests that the Court enter judgment in its favor, dismiss the Complaint in its entirety with prejudice, and grant such additional relief as the Court may deem appropriate.

Dated: May 15, 2020                              Respectfully submitted,

                                                 TIMOTHY J. SHEA, D.C. Bar #437437
                                                 United States Attorney

                                                 DANIEL F. VAN HORN, D.C. BAR #924092
                                                 Chief, Civil Division

                                        By:      /s/ Robert A. Caplen
                                                 ROBERT CAPLEN, D.C. Bar #501480
                                                 Assistant United States Attorney
                                                 United States Attorney's Office, Civil Division
                                                 555 Fourth Street, N.W.
                                                 Washington, D.C. 20530
                                                 (202) 252-2523
                                                 robert.caplen@usdoj.gov

                                                 *Counsel for Defendant*