UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 20-0966 (EGS) |
| U.S. DEPARTMENT OF STATE, | ) ) ) |
| Defendant. | ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's June 2, 2020, Minute Order, the parties, Plaintiff Stefania Maurizi ("Plaintiff") and Defendant U.S. Department of State ("State"), submit the following joint status report.

On February 7, 2018, Plaintiff submitted to State a Freedom of Information Act ("FOIA") request seeking "a copy of the emails, cables, reports, memos from the 1st of July 2010 to the 1st of July 2012 concerning Mr[.] Julian Assange, the founder of WikiLeaks." The time period of Plaintiff's request was "from 07/01/2010 to 07/01/2012."

Since the parties' last report, State reports that it has completed searching its unclassified system. That search yielded approximately 320 potentially responsive unclassified records as well as additional potentially responsive unclassified retired records. These retired records will require time and onsite personnel to retrieve. State proposes an initial release of responsive materials by August 3, 2020, which State believes is a reasonable production schedule consistent with standard practice in FOIA litigation. Plaintiff proposes an initial release of responsive materials by July 16, 2020, which she believes is a reasonable production schedule given that her FOIA request has now been pending for two-and-a-half years.

State further reports that circumstances related to its inability to search the classified system remain unchanged at this time.

State proposes that the parties file another joint status report by August 6, 2020. State is continuing to maximize telework and, as previously noted, this case is being processed remotely. Changes in staffing patterns may make it difficult for internal departmental components and other components of the Executive Branch to respond to consultations in a timely manner. State therefore believes that its proposed release and status report dates are reasonable given current conditions and the number of records involved, and consistent with standard practice. Plaintiff proposes that the parties file another joint status report by July 21, 2020, to address the initial production of documents, and, if necessary, the rate at which additional responsive documents (not part of the initial production) must be produced.

| | |
|---|---|
| Dated: July 2, 2020 | Respectfully submitted, |
| /s/ Alia L. Smith | MICHAEL R. SHERWIN |
| Alia L. Smith, D.C. Bar #992629 | Acting United States Attorney |
| BALLARD SPAHR LLP | |
| 1909 K Street, N.W., 12th Floor | DANIEL F. VAN HORN, D.C. Bar #924092 |
| Washington, DC 20006 | Chief, Civil Division |
| (202) 661-2200 | |
| smithalia@ballardspahr.com | By: /s/ Robert A. Caplen |
| | ROBERT A. CAPLEN, D.C. Bar #501480 |
| Kristel Tupja, D.C. Bar #888324914 | Assistant United States Attorney |
| BALLARD SPAHR LLP | 555 4th Street, N.W. |
| 1735 Market Street, 51st Floor | Washington, DC  20530 |
| Philadelphia, PA 19103 | (202) 252-2523 |
| (215) 864-8318 | robert.caplen@usdoj.gov |
| tupjak@ballardspahr.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |