UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 20-0966 (EGS)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE,** Kristel Tupja, undersigned associate with Ballard Spahr LLP, hereby enters hers appearance as counsel in this civil action on behalf of Plaintiff Stefania Maurizi. Any and all further correspondence directed to this entity regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated: July 31, 2020

Respectfully submitted,

BALLARD SPAHR LLP

*s/ Kristel Tupja*
Kristel Tupja (#888324914)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8318
Fax: (215) 864-8999
tupjak@ballardspahr.com

*Counsel for Plaintiff Stefania Maurizi*