UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI,          )<br>                            )<br>       Plaintiff,          )<br>                            )<br>       v.                   )<br>                            )<br>U.S. DEPARTMENT OF STATE,   )<br>                            )<br>       Defendant.           )<br>                            ) | Civil Action No. 20-0966 (EGS) |

## [PLAINTIFF'S PROPOSED] ORDER

Upon consideration of the parties' joint status report dated August 6, 2020, it is hereby

ORDERED that Defendant U.S. Department of State ("State"), within 30 days of this Order, review the remaining 318 "potentially responsive unclassified records" that it identified in the Joint Status Report dated July 2, 2020, and, with respect to each record, as appropriate: (1) produce the record to Plaintiff, *or* (2) make a valid claim that it is subject to a FOIA exemption, *or* (3) inform Plaintiff that it is a non-responsive press clipping; and it is also

ORDERED that State, within 30 days of this Order, identify to Plaintiff the number of "potentially responsive unclassified retired records" referenced in the July 2, 2020, Joint Status Report; and it is also

ORDERED that the parties shall file another status report by September 11, 2020, describing their progress and alerting the Court to any issue requiring judicial intervention.

_____
UNITED STATES DISTRICT JUDGE