UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-0966 (EGS) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**[PLAINTIFF'S PROPOSED] ORDER**

Upon consideration of the parties' joint status report dated October 26, 2020, it is hereby

ORDERED that State, by November 19, 2020, complete the relevancy review of the 1,080 remaining potentially responsive unclassified documents that it identified in the current Joint Status Report; and it is also

ORDERED that State, by November 19, 2020 and on a monthly basis thereafter, process either 1000 pages or 300 documents of the potentially responsive unclassified documents and, with respect to each record, as appropriate: (1) produce the record to Plaintiff, *or* (2) make a valid claim that it is subject to a FOIA exemption, *or* (3) inform Plaintiff that it is a non-responsive press clipping; and it is also

ORDERED that the parties shall file another status report by December 1, 2020, describing their progress and alerting the Court to any issue requiring judicial intervention.

_____
UNITED STATES DISTRICT JUDGE