UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-0966 (EGS) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 3, 2020, Minute Order, the parties—Plaintiff Stefania Maurizi ("Plaintiff") and Defendant U.S. Department of State ("State")—submit the following joint status report.

**I.    NON-CLASSIFIED, NON-RETIRED RECORDS**

On December 21, 2020, State made its fifth release of responsive material. For the December 2020 release, State processed more than 450 pages of potentially responsive material and produced 8 responsive documents. There remain for review approximately 281 potentially responsive unclassified documents consisting of approximately 1,349 pages.

**State's Position:** State notes that, in light of rising COVID-19 cases across the country, State made an initial announcement on November 25, 2020, that it was reverting to a more restrictive policy and, on December 21, 2020, announced that it was officially regressing to Phase One until January 18, 2021. Phase One requires that offices maximize telework. While the Department is still assessing the impact the regression to Phase One may have on its onsite FOIA litigation staffing, State anticipates that this reversion to maximum telework will further constrain the Department's ability to process records for its FOIA litigation cases, including obtaining

clearances from internal Department and external Executive Branch components, at least until January 18, 2021. Nevertheless, State proposes that it will continue to make a good faith effort to process these documents on a rolling monthly basis at its pre-pandemic standard processing rate of 300 pages per month. State anticipates making its next production of responsive, non-exempt material on or before January 21, 2021.

**Plaintiff's Position:** At this time, Plaintiff does not object to proceeding as State has outlined above.

## II. OTHER RECORDS

As previously reported, State has completed its onsite collection of potentially responsive classified and unclassified retired records from the Records Service Center. As previously described, these records are in hard copy and will require personnel who are otherwise teleworking to go onsite and conduct a manual review, both with respect to the volume of documents and their responsiveness. State has identified approximately 10 full boxes of hard copy, retired records.

These boxes are all marked as classified but, during initial collection, the boxes appear to contain some unclassified material intermingled with the largely classified documents. State will begin processing the potentially responsive unclassified retired records after it completes processing the approximately 281 remaining potentially responsive unclassified records that have been identified. Given the time- and labor-intensive nature of reviewing retired records, which requires personnel who are currently teleworking to travel onsite to conduct a manual review of records and sort out the currently intermingled classified and unclassified documents, State is not in a position to identify the estimated number of potentially responsive unclassified retired records until personnel can go onsite to begin processing them. Consequently, the parties agree to defer setting any deadline regarding the processing of these documents at this time.

Plaintiff states that she reserves the right to revisit issues related to the processing of these "other documents" after the non-classified, non-retired records are processed.

State further reports that circumstances related to its inability to search the classified system remain unchanged at this time, particularly given the Department's regression to Phase One, as described above.

The parties both propose to file another joint status report by February 8, 2021.

| | |
|---|---|
| Dated: January 7, 2021 | Respectfully submitted, |
| /s/ Alia L. Smith<br>Alia L. Smith, D.C. Bar #992629<br>BALLARD SPAHR LLP<br>1909 K Street, N.W., 12th Floor<br>Washington, DC 20006<br>(202) 661-2200<br>smithalia@ballardspahr.com | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ Robert A. Caplen<br>ROBERT A. CAPLEN, D.C. Bar #501480<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, DC  20530<br>(202) 252-2523<br>robert.caplen@usdoj.gov |
| Kristel Tupja, D.C. Bar #888324914<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8318<br>tupjak@ballardspahr.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |