UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-0966 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's January 8, 2021, Minute Order, the parties—Plaintiff Stefania Maurizi ("Plaintiff") and Defendant U.S. Department of State ("State")—submit the following joint status report.

### I.   NON-CLASSIFIED, NON-RETIRED RECORDS

On January 21, 2021, State made its sixth release of responsive material. For the January 2021 release, State processed and produced 38 responsive documents consisting of 168 pages. There remain for review approximately 201 potentially responsive unclassified documents consisting of approximately 1,000 pages.

**State's Position:** As previously reported, State announced in December 2020 that the National Capital Region was officially regressing to Phase One, which requires that offices maximize telework. State's National Capital Region remains in Phase One as of December 2020. While the Department is still assessing the impact the regression to Phase One may have on its onsite FOIA litigation staffing, State anticipates that this reversion to maximum telework will further constrain the Department's ability to process records for its FOIA litigation cases, including obtaining clearances from internal Department and external Executive Branch components.

Nevertheless, State proposes that it will continue to make a good faith effort to process these documents on a rolling monthly basis at its pre-pandemic standard processing rate of 300 pages per month. State anticipates making its next production of responsive, non-exempt material on or before February 19, 2021.

**Plaintiff's Position:** At this time, Plaintiff does not object to proceeding as State has outlined above.

## II.     OTHER RECORDS

As previously reported, State has completed its onsite collection of potentially responsive classified and unclassified retired records from the Records Service Center. As previously described, these records are in hard copy and will require personnel who are otherwise teleworking to go onsite and conduct a manual review, both with respect to the volume of documents and their responsiveness. State has identified approximately 10 full boxes of hard copy, retired records but, for the reasons previously stated, is not in a position to identify the estimated number of potentially responsive unclassified retired records until personnel can go onsite to begin processing them. Consequently, the parties agree to defer setting any deadline regarding the processing of these documents at this time.

Plaintiff states that she reserves the right to revisit issues related to the processing of these "other documents" after the non-classified, non-retired records are processed.

State further reports that circumstances related to its inability to search the classified system remain unchanged at this time, particularly given the Department's regression to Phase One, as described above.

The parties both propose to file another joint status report by March 8, 2021.

| | |
|---|---|
| Dated: February 4, 2021 | Respectfully submitted, |
| /s/ Alia L. Smith<br>Alia L. Smith, D.C. Bar #992629<br>BALLARD SPAHR LLP<br>1909 K Street, N.W., 12th Floor<br>Washington, DC 20006<br>(202) 661-2200<br>smithalia@ballardspahr.com | MICHAEL R. SHERWIN<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ Robert A. Caplen<br>ROBERT A. CAPLEN, D.C. Bar #501480<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, DC  20530<br>(202) 252-2523<br>robert.caplen@usdoj.gov |
| Kristel Tupja, D.C. Bar #888324914<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8318<br>tupjak@ballardspahr.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |