UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-0966 (EGS) |
| U.S. DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

**[PLAINTIFF'S PROPOSED] ORDER**

Upon consideration of the parties' joint status report dated March 8, 2021, it is hereby

ORDERED that State, by April 19, 2021 and on a monthly basis thereafter, process 500 pages of the potentially responsive unclassified documents and, with respect to each record, as appropriate: (1) produce the record to Plaintiff, *or* (2) make a valid claim that it is subject to a FOIA exemption, *or* (3) inform Plaintiff that it is non-responsive; and it is also

ORDERED that the parties shall file another status report by April 8, 2021, describing their progress and alerting the Court to any issue requiring judicial intervention.

_____
UNITED STATES DISTRICT JUDGE