# Exhibit A

**Tupja, Kristel (Phila)**

| | |
|---|---|
| **From:** | Caplen, Robert (USADC) <Robert.Caplen@usdoj.gov> |
| **Sent:** | Wednesday, February 3, 2021 1:24 PM |
| **To:** | Tupja, Kristel (Phila) |
| **Cc:** | Smith, Alia L. (DC) |
| **Subject:** | RE: Maurizi - January production and next JSR [20-0966] |

⚠ **EXTERNAL**

Hi Kristel,

The number of pages processed for the January 2021 release reflects reduced staffing and operational limitations during the past month. As stated in the parties' submissions to the Court, the State Department has made a good faith effort to process records at the pre-pandemic standard rate of 300 pages per month. The number of pages reviewed each month, however, will fluctuate, and processing less than 300 pages in a given month is not indicative of a lack of good faith. In fact, the State Department has for several months processed in excess of 300 pages per month.

The State Department will continue to make a good faith effort to process records at the pre-pandemic standard rate of 300 pages per month.

Thanks,

Robert

---

**From:** Tupja, Kristel
**Sent:** Wednesday, February 3, 2021 12:09 PM
**To:** Caplen, Robert (USADC)
**Cc:** Smith, Alia L.
**Subject:** RE: Maurizi - January production and next JSR [20-0966]

Hello Robert,

Can you please advise why the agency only processed 168 pages this past month?  This is only (about) half the number that they said they would make a good-faith effort to process.

I look forward to hearing from you.

Sincerely,
Kristel

**Kristel Tupja**
**(Pronouns: she/her)**
2020 Pro Bono Honor Roll – Gold

**Ballard Spahr** LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

1

# Exhibit B

# Tupja, Kristel (Phila)

| | |
|---|---|
| **From:** | Caplen, Robert (USADC) <Robert.Caplen@usdoj.gov> |
| **Sent:** | Tuesday, February 23, 2021 2:30 PM |
| **To:** | Tupja, Kristel (Phila) |
| **Cc:** | Smith, Alia L. (DC) |
| **Subject:** | RE: FL-2020-00057 February 2021 production |

⚠ **EXTERNAL**

Hi Kristel,

I hope you're staying well. Based on the last production, there remain for review about 180 potentially responsive unclassified documents consisting of 852 pages. State processed and released 21 responsive documents consisting of 148 pages for the February 2021 release.

I'll circulate a draft JSR hopefully by the end of this week.

Many thanks,

Robert

---

**From:** Tupja, Kristel <TupjaK@ballardspahr.com>
**Sent:** Tuesday, February 23, 2021 12:53 PM
**To:** Caplen, Robert (USADC) <RCaplen@usa.doj.gov>
**Cc:** Smith, Alia L. <SmithAlia@ballardspahr.com>
**Subject:** RE: FL-2020-00057 February 2021 production

Hello Robert,

I hope you are well.  Thank you for the latest production.  Can you please confirm how many of the remaining 201 documents/1000 pages were processed, and how many remain?

Thank you,
Kristel

**Kristel Tupja**
**(Pronouns: she/her)**
2020 Pro Bono Honor Roll – Gold

**Ballard Spahr** LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8318 DIRECT
215.864.8999 FAX

774.239.7781 MOBILE | tupjak@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

1