UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 20-0966 (EGS)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to set a production schedule and Defendant's Opposition thereto, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**, and it is further

**ORDERED** that Defendant, by April 19, 2021 and on a monthly basis thereafter, process 500 pages of the potentially responsive unclassified documents and, with respect to each record, as appropriate: (1) produce the record to Plaintiff, *or* (2) make a valid claim that it is subject to a FOIA exemption, *or* (3) inform Plaintiff that it is non-responsive.

**SO ORDERED** this ___ day of _____, 2021.

.

UNITED STATES DISTRICT JUDGE