UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-0966 (EGS)<br>)<br>)<br>)<br>)<br>) |

## ERRATA

Defendant, U.S. Department of State ("State"), by and through undersigned counsel, respectfully submits this Errata. Due to a technical error that State discovered on March 12, 2021, State inadvertently underreported the number of records processed in January 2021 and February 2021. Consequently, the processing information contained in the parties' February 4, 2021, Joint Status Report, ECF No. 18 at 1, and March 8, 2021, Joint Status Report, ECF No. 19 at 1, was inaccurate. Below is the correct information regarding State's processing efforts during these two months:

- For the January 2021 release, State processed **68 documents consisting of 513 pages**. State correctly reported that it released in part 38 documents consisting of 168 pages.

- For the February 2021 release, State processed **57 documents consisting of 417 pages**. State correctly reported that it released in whole and in part 21 documents consisting of 148 pages.

State therefore processed an additional 614 pages of records that were unintentionally omitted from the parties' submissions. State has notified Plaintiff prior to filing this Errata.

State apologies for this oversight and any resulting confusion or misunderstanding.

Dated: March 15, 2021                                  Respectfully submitted,

                                                                         CHANNING D. PHILLIPS, D.C. Bar # 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ Robert A. Caplen
ROBERT A. CAPLEN, D.C. Bar #501480
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*

2