UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-0966 (EGS) |
| U.S. DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF PLAINTIFF'S MOTION FOR ORDER SETTING PRODUCTION RATE AND SCHEDULE**

Plaintiff Stefania Maurizi ("Plaintiff"), through counsel, hereby WITHDRAWS her Motion for Order Setting a Production Rate and Schedule filed with the Court on March 9, 2021. This Withdrawal is based on Defendant's representations that it will provide a declaration to Plaintiff by March 22, 2021, confirming:

(1) that, with respect to Plaintiff's FOIA Request, it processed 513 pages in January of 2021 and 417 pages in February of 2021; and

(2) the total number of pages it has processed in connection with Plaintiff's FOIA Request to date; and

(3) the total number of pages of non-classified, non-retired documents remaining to be processed in connection with Plaintiff's FOIA Request; and

(4) that, going forward, with each monthly production, it will indicate how many pages it has processed in connection with Plaintiff's FOIA Request.

This Withdrawal is made without prejudice.

Dated: March 17, 2021                    Respectfully submitted,

/s/Alia L. Smith
Alia L. Smith, D.C. Bar #992629
BALLARD SPAHR LLP
1909 K Street, N.W., 12th Floor
Washington, DC 20006
(202) 661-2200
smithalia@ballardspahr.com

Kristel Tupja, D.C. Bar #888324914
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8318
tupjak@ballardspahr.com

*Counsel for Plaintiff*