UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-0966 (EGS) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby

ORDERED that the parties shall file another status report by May 11, 2021, describing their progress and alerting the Court to any issue requiring judicial intervention.

_____
UNITED STATES DISTRICT JUDGE

1