UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 20-0966 (EGS) |

## [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby

ORDERED that the parties shall file another status report by June 11, 2021, describing their progress and alerting the Court to any issue requiring judicial intervention.

_____
UNITED STATES DISTRICT JUDGE

1