UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>U.S. DEPARTMENT OF STATE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 20-0966 (EGS) |

# JOINT STATUS REPORT

Pursuant to the Court's May 11, 2021, Minute Order, the parties—Plaintiff Stefania Maurizi ("Plaintiff") and Defendant U.S. Department of State ("State")—submit the following joint status report regarding the status of Plaintiff's Freedom of Information Act ("FOIA") request seeking material concerning Julian Assange dated between July 1, 2010, and July 1, 2012.

## I.  NON-CLASSIFIED, NON-RETIRED RECORDS

On May 19, 2021, State made its tenth release of responsive material. For the May 2021 release, State processed 26 pages of potentially responsive unclassified documents after completion of consultations and released to Plaintiff responsive documents consisting of 26 pages. All remaining potentially responsive unclassified documents, consisting of approximately 211 pages, remain pending for internal or external consultation and will be processed upon return from their respective consultations.

**State's Position:**  As previously reported, State announced in December 2020 that its facilities in the National Capital Region were officially regressing to Phase One, which requires that offices maximize telework. As of June 2021, the National Capital Region remains in Phase One. This reversion to maximum telework has further constrained the Department's ability to

process records for its FOIA litigation cases, including by making it more difficult to obtain clearances from internal Department and external Executive Branch components.

Nevertheless, State has made—and continues to make—a good faith effort to process documents in this case on a rolling monthly basis at its pre-pandemic standard processing rate of 300 pages per month.

**Plaintiff's Position:** At this time, Plaintiff does not object to proceeding as State has outlined above.

## II.    OTHER RECORDS

As previously reported, State has completed its onsite collection of potentially responsive classified and unclassified retired records from the Records Service Center. As previously described, these records are in hard copy and will require personnel who are otherwise teleworking to go onsite and conduct a manual review, both with respect to the volume of documents and their responsiveness. State has identified approximately 10 full boxes of hard copy, retired records but, for the reasons previously stated, is not in a position to identify the estimated number of potentially responsive unclassified retired records until personnel can go onsite to begin processing them. Consequently, the parties agree to defer setting any deadline regarding the processing of these documents at this time.

Plaintiff states that she reserves the right to revisit issues related to the processing of these "other documents" after the non-classified, non-retired records are processed.

State further reports that circumstances related to its inability to search the classified system remain unchanged at this time, particularly given the Department's regression to Phase One, as described above.

The parties both propose to file another joint status report by July 12, 2021.

Dated: June 11, 2021

/s/ Alia L. Smith
Alia L. Smith, D.C. Bar #992629
BALLARD SPAHR LLP
1909 K Street, N.W., 12th Floor
Washington, DC 20006
(202) 661-2200
smithalia@ballardspahr.com

Kristel Tupja, D.C. Bar #888324914
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8318
tupjak@ballardspahr.com

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar # 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Robert A. Caplen
ROBERT A. CAPLEN, D.C. Bar #501480
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*