UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANIA MAURIZI, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>*Defendant.* )<br>) | Civil Action No. 20-0966 (EGS) |

**NOTICE OF APPEARANCE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Dedra S. Curteman as counsel for Defendant in the above-captioned case.

Dated: July 6, 2021
         Washington D.C.

                                        Respectfully submitted,

                                        */s/ Dedra S. Curteman*
                                        DEDRA S. CURTEMAN
                                        IL Bar #6279766
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        Telephone: (202) 252-2550
                                        dedra.curteman@usdoj.gov

                                        *Counsel for Defendant*